CREDIT SUISSE FIRST BOSTON CORPORATION, Appellant, v WILLIAM PITOFSKY et al., Respondents.

Submitted May 13, 2004; decided June 29, 2004

Motion for leave to appeal granted. Motion for a stay granted to the extent of staying so much of the Appellate Division order as directs the parties to proceed to arbitration.

GENERAL MOTORS ACCEPTANCE CORPORATION et al., Respondents, v NATIONWIDE INSURANCE COMPANY, Appellant.

Submitted June 1, 2004; decided June 29, 2004

Motion by Thomas R. Newman, Esq. for leave to appear amicus curiae on the motion for leave to appeal herein granted and the affirmation is accepted as filed.